

FILED

MAR - 1 2016

Clerk, U.S. District Court
Texas Eastern

Please add and conjoin City of Tyler, Tyler Police Department, and Smith County Sheriff's Department

Jurisdiction in Federal Forum as requested, Basis; Local Police privacy stalking that started with false arrest and entrapment of 2010 incident. Racial modernized attack in a Television Racial Hate Act by Tyler Chief of Police Gary Swindle. Followed by a visit by an Army psychologist attempt to downplay the racial hate act performed by Gary Swindle and 4 others on the local media food show. Where the psychologist intercepted me with others stalking to South Korea. Use of subliminal delivery system to target me at home on the last message to brain event during sleep with racial hate words, and previous short word messages before. Same No Touch Torture equipment that has been used for years in methods of inducing extreme pain and events of the same while making pain and injury events short in duration and then reversing the damages to mainly brain and skin mostly and ongoing for years. With multiple aggravated sexual abuse by targeting my rectum and penal areas. Acts of assumptions and stalking while watching me mostly in my privacy with micro targeting involvements. While stalking me in public anywhere I go, inducing the same sexual abuse or multiple events of inhuman body torture and forcing extreme perspiration events or causing sickness or illness, mainly stated by Dr. Robert Duncan's report but in a customized fashion on me since 2007.

While initially at home on return from Iraq in 2008 and sent home with spinal surgical recommendation had used the spying and No Touch Torture equipment to steal work compensation payments out of my home or vehicle and with early manipulations on Internet by stalking financial information and obtaining help with multiple Capital One Bank employees on becoming extreme thefts and electronic thefts with business thefts with the receipt of settlement funds from Department of Labor, Workers compensation case in 2010, then successfully preventing suit and destroying electronic equipment when attempts to notify authorities of the abuses then.

When in early 2009 a ETMC helicopter presented after the feeling of the scan equipment on the back of my head while in Van, Texas visiting a friend trying to help him unload garbage, the pilot pulls an aerial maneuver by flying low and dives at me move and the fly's away. As mostly unaware of the stalking until 2011 with hints here and there with the group passive intimidations with multiple people in the area and surrounding area of friends of different members of ETMC, Military and law enforcement. It has been even worse to have undergone the entrapments and false arrests and false imprisonments with manipulations that also became extreme torture retaliation events for reports made of the medical malpractice hate crimes events with vile humiliations and trips out of state through the past years with stalking and extreme abuses events with property damages and ongoing micro targeting, manipulating, and taking advantage of my disabilities and in preventing pain medicine and muscle relaxer or muscle spasm/inflammation medicine. By dates of services in attachments with regards to ETMC events following the ETMC 1st physician events in and during the work compensation case from 2008 through 2010. Emboldened by humiliation acts public in nature, and acts directly out of notes in privacy. While various other times of ETMC and Mother Francis Helicopters doing close range flyovers or stalking maneuvers in related auto accidents along with ETMC ambulances that made different audible abuse campaigns of years. The incidents involved in this suit for damages with the

incidents with the events at ETMC emergency room and behavioral health center are the basis for damages and injuries added to my spine, directly impeding recovery from related spinal injections or manipulating with NTT equipment and spying equipment and micro targeting and abuses, as well as fees, interests, penalties, court costs, relief from defamation damages, interests and penalties such damages ongoing that has affected and shortened the remainder of my natural life and well as damaged future earnings in losses with related x-abs and abuses thereof with related added parties.

Charlesley Pele V. ETMC

CS# 6:16cv14

2/18/14 - Seth P. Womack / 4/15/15 - 4/23/15 Joseph S. Wassef

On 2/18/14 - Attempted to report facial burning assaults at ETMC, instead became assaulted. On admittance took my entrance statement and of being assaulted with advanced electronic equipment as a code entrance for Labeling crazy or as Joseph S. Wassef labeled on reported disagreement to commit to BHC as later delusional of the found medical acts. Where being taken to the same room gave Seth P. Womack a brief statement of being there to report the assaults with use of No Touch Torture Equipment. Where after he leaves Marvin enters to perform blood draw and intentionally refuses smaller gauge request and inserts needle 1st behind left arm vein and rotates needle behind the vein in a 360° motion. I become angry but do not show the scream she was expecting of the pain induced. There she stops withdraws needle and returns with another nurse who withdraws blood. The Tyler Police officer appears at the end of the hall, sees me gives a loud, yelp, turns around and walks off. After waiting some time I was asked to leave, there on walk out, every nurse at (3) different stations gives me extremely loud laugh out bursts as I walk by and finally leave (8:43 Am PSA-NonachRits)

4/15/15 - 4/23/15 Joseph S. Wassef - Please See attached Texas Medical Board Reports.

Attachment 1-A

- Privacy out of presumption act : April 2008; John S. Crutchfield, Staff Kathy, acted out of privacy presumption in expecting me to be angry at them. Called Smith County deputy and left the unit in the parking and only the unit while they were in the back expecting me to do something aggresive. After awaiting a few minutes Kathy presented herself and asked what she could do for me. I asked for Dr Crutchfield, she replied he wasn't there and I stated I only wanted to discuss with him surgical options to my neck.

- Dr Karen Weiss - Incident with Jana Crawford; where a nurse down the hall from Dr Karen Weiss' office does the 1st Hate Crimes Humiliation Laugh out burst at me prior to an appointment, prompting an action by Jana Crawford to initialize investigation of Dr Karen Weiss. Along with the disturbing stare at my crotch immediately after one exam.

- Other 2008 actions of thefts of cash and gas out of the same targeting out of privacy and of Work Compensation funds up to 2009.

- With the 2009 incident of the ETMC chopper aggression maneuvere in Van, TX, with the disturbing privacy stalking of my relationship with Jessica Greene.

Incidents on attempts to Report NTT Abuses

Request to conjoin Department of Public Safety, Smith County Sheriff's Dept.

— Department of Public Safety Officer Davis @ DPS local', Failed to begin/take investigation to notice of stalking and No Touch Torture Weapons, Appearing and out stating military service to front office staff with intent to indirectly notify me of US Army involvements,

— Department of Public safety Officer Sue and (3) other officers locked me in the DPS office to make loud outbursts of direct knowledge of NTT equipment and use by yelling and laughing loudly after each of the (3) statements; "Maybe he's fake!", hahaha, "Maybe he's confused!" hahaha, "Maybe he needs to run out that way!", points toward exit. Fake – regarding Spinal injury, Confused – regarding NTT effects and damages, Run – regarding walking away from some local girls.

— DPS officer Sue takes part with a conspiracy related entrapment ticket out of Oklahoma, along with thoughts thefts in conjunction with financial hardships made into Judge Patteson's court. Were other questions of shock in Judge Patteson advising asking if I had asked for a payment plan, was regarded by Oklahoma clerk as only asking for full amount of speeding ticket or else.

— Smith County Ex deputy from out of privacy job termination on presumed ACLU contact and incident with Genaro Flores; made him at the time have me meet him at the Wing Stop on the North loop, asking loudly with others identification of brothers employment with Federal, and an act with the deputies at the time teenager cousin assumption of me even liking her, who resides in the same neighborhood and from constant abuse of "what I look at", Hate Crimes Campaigns.

— Constant multiple party phone privacy monitoring and TV manipulations or aggravations and assaults room to room 24 Hrs/Days, ongoing for years. Because of constant micro stalking and dehy and dehny audible aggravations with micro targeting an asking for the courts understanding in the mixes of abuses on $I because of time restraints.

2A pg1   TYPD; LTMC emergency room, BMC – ETMC William Zachary

• Privacy, False Arrest, False Testimony to commit, Manipulation of Trust

9/15/12 –

On 9/14/12 – At my then home on 1911 W. Erwin street, local truck drivers and ETMC ambulances drove in front of my home sporadic, stepping on gas to cause severity loud engine noises vibrating my home windows and doors, & home in general. Motion entrapment on (2) TYPD- Officiers (Privacy) arrived and stated an Anonymous FB user had told them I was attempting suicide. There (1) Officier States he was an Iraqi Veteran Also but military and then my brother arrived so he walked to the end of my wheelchair ramp and had began talking to my father. I attempted to explain to the other officier Local rig drivers where causing me undo harm with the noise of their engines and acting out of privacy, He give me a disturbed look then asks to look at my arm ① where I had poked small pinched into my left forearm from the Hate Crimes Acts (Audible Targeting) by local diesel truck operators with ETMC Ambulances. This officiers statement of exactly where to look (Taskedby persona Discerning) put me in a state of shock as I was home alone at the time of occurances by rig drivers. He then stated he wanted to "take me <u>using</u> where they can help me." After handcuffing me, he displays a long walk around where I reported from his vechile they are targeting me I noticied multiple passersby laughing & smirking to such Hate Crimes Acts. Manipulation of my Trust by way of Arrest

→ On arrival at ETMC - The officier shocks me again by stating to the admitting nurse, I was hearing voices and sounds and began to use his finger in a circular motion at his temple, where the admitting nurse gave him a strange look response. After admittance, I was approached by D. Zachary and immediatly told the definition legal of Attempt of suicide, then he walked out. Another nurse comes in and states I will be released in a few moments. My Noticably back in High pain I walk to the observance window and see a white male red hair nurse and (2) female brunette nurses at the station. After a few moments one nurse goes to the other, they appear excited go to the video display screen and then state something to the male nurse, who immediatly leaves the station. red haired On return he hi fives the other female nurse and I walk back to my bed

and lay down. Moments later the deputy at the door tells me he has to take me somewhere and then ~~we~~ arrive at BHC-Behavior Health Center. There on admittance I try to tell admitting nurses what had occured, and they stated there's nothing they can do. After admittance was severly harassed by (2) patients, (1) male white (1) hispanic male, yelling, "Smells like piss!". Where later I talk to the (1) white male patient and he reveals something about his father. (12:18pm more - Plus) Finding later ' Counseling group revealed one Blk Female neighbor's personal vendetta of parental disrespect. Counseling instructor reveals privacy intrusions over "exgirlfriends" while attempting to bring out leadership skills noticed in psychology". Other post intercepts in value, out of notes and private journals, White male red haired nurse stalking to gas station Texaco Loop 323 and Paluxy with intimidation looks, White male harrassing patient Stalking intercept at Noonday auto wash off Hwy 155. With visit also with Dr Ponce even inviting to treat outside the scope of the false-imprisonment of the BHC-Behavior Health Center. All ignoring the chronic pain and not advising the name of medications. With the estranged short event of turning off the room light at ETMC suicide watch room and a doctor towering over me while laying down, then walking out. Also finding later medications other than pain and muscle relaxers for injuries where all setups on NTT equipment use to mimic symptoms, and at the same time pschological mental abuse and torture financially online, with the hacking and combination of events with Capital One Bank employees. Discharged 9/17/12.

In the fact that Wasseff will not admit to acting out of emotion and directly out of my thoughts in prescribing the zyprexia and over prescribing, but consequently resulted in brain damage and blowing two handfuls of blood out of my nose with white spots of brain tissue. While outside events of tendon and ligament tears from constant flexiril usage on a higher level in an expected surgical decision came to a halt with the confrontation with neighbors. Performance of staff per private notes in showing opposite of the traumas of previous times of false imprisonment still performing the degrading, "hook-ups", with female patients in both events which led to attacks for refusal. Similar to last nights attacks of attempted ꭗᵗⁱ Abuse, that I liken to traumatizing a ultra autistic subject for their above average capabilities for someone else's gain. In these modified and ordered complaints/petition for federal jurisdiction, since the traumas of Social security employees, the cover ups in the past abuses only presented the level of imbalance to the degrees of actions that led up to brain/body damages, like this one by Joseph Wasseff. I hope to show if not by documentation gathered only by me, what evidense shows of multiple individuals have done to me on a 24 hour, yearly bases at home or in settings such as this one at ETMC; Behavior Health Center. Post release one Counsler drives behind one in such anger from Rice Road and Broadway two blocks past old Jacksonville.

Charles W. Pak V ETMC et al
CS# 6:16 CV 14

5:30pm - Arrival at Sam's Club · employees (Heather) make indirect statements
in front of me regarding ~~her~~ Kimberly A. Carver and her boyfriend out of my thoughts and
last 2 nights of stalking and assaults, ex-Abs use, making degrading
statements of along with intent and keywords to incite anger, frustration
anguish and stress of copycat MK Ultra, targeting extreme Hate Crimes
at a innocent victim as done in cases around the country. / Heather stalks me around

2/29/16    the Advil - then I pursue her to ask about the long caplets & why they took those off the
shelf, she stocks one with in; they work better right? - (R) first Sting)

3/1/16    Where Kimberly A. Carver presented and at various times was signaled with (NTT)
equipment to make a turn near me at the library, and was interrupted to attempt
to connect to me on various occassions through since 2010.



CLUB MANAGER MICHAEL BARNEY
( 903 ) 597 - 2296
TYLER, TX
02/12/16 17:30 0227 08284 046    2550
BURTS USED CARS

687980 ADVIL              17.32 N
            SUBTOTAL      17.32
               TOTAL      17.32
   SHOPPING CARD TEND     17.32
        CHANGE DUE         0.00

                          17.32
SHOP.CARD REDEMPTION
ACCOUNT 611514302508
APPR. CODE = 947865
Beg Bal    Tran Amt     End Bal
17.87       17.32        0.55

Visit samsclub.com to see your savings

# ITEMS SOLD 1

TC# 9041 4212 6711 5270 5792

# Out of Texas Incidents / South Korea

- Colorado - Hate Crimes Acts = Grand Junction CO. Clerk of Court answered call with
horrendous laugh. (x-Abs) → 1998  Major Prefunding of Jack Bryant *befriends* intent to add jail $ charges for missing
court hearings in TX. - 1998 - (11:55 AM - Plastic Rep)  Recorded (?) Personal - Starbucks recorded  Father
EP/@ Starbucks: Underage teen · Breast at my hand While seated · Assault. w. witness

- Estes Park, CO - Injuries w/ NTT - Finger's synged. Boiling Hot Radiator Water, Constant Static
attack - w/ x-Abs  1st (44:58AM) @ Hotel - Staff putting clump of hair on p/ Kiss (B) rib string  Hboo- pic stolen o  Military member slowing car to knock down visor

⇨ - TN - Stalked to $ return - ~~Start~~

- El Paso, TX - Brother ~ Stalked · Use of Mental Home on Laptop FB

- Idaho, Boise - Attempt to  Assault ETMC ER - Act of "What I booked", presumption by nurse's fraud to commit to BMC

- Vancouver, WA

- Oklahoma, OKC ⬩ Chased  Burned - Post LA-Route Accident

- Louisiana, Shreveport - Attempt Murder · Vehicle  "Mimi" Pullout act - to cause "Whiplash" (Hardtrap) Nurse
R.E. (Melissa · Tyler · Deformed. tries to sell her to  1:24pm
Criminal Attempt. Injuries · Spinal · Rib (P.Female)  (X-Abs · Bing · Slip ? Fall) Debates Forums

Intermittent - On way - Airport Incidents  Houston Corp - Espionage - Finding Corporate theft info by theives
#01: 2:24pm. FBI - Tyler ~ ~Admin Head~ - 1st Attempt to report - Out burst by 1 agent - Some Murron - 3 related to County Clerks  College Jock/Purity · DFW to Seoul one lie I was not
Recall - FBI - Trainer's call - Held over 1 H- Town · Screamed at by Board  getting the DFW to Seoul Flight.
Then shows up at H-town Hotel to
delay me - $ Humiliate x-ABS

- New Mexico - 6 hour Extreme torture, w. Attempted ~~Aca~~ suicide event.  Hotel - Restaurant Girl -
in kitchen

Attachment
6A

Attachment I A

2/14/16 ~~Aggr Sexual Abuse w/ Attempted Agg Sexual Abuse~~
RSA    PSA                                    (PSA)- Penis Sexual Assaults
10:57AM-PSA; mom Sneezed  70:57AM PSA-        (RSA)- Renal Sexual Assault

- 2008- Watching me and Jessica Greene's relationship w/ Attempted Child Birth Forcing.
  (D) 10:59 AM   Dec NTT
  Shoulder Signal, 2007 Forced Auto Accident 1998 Nissan 240 Sx - By Wreck truck, black
  10:58 AM
  Ice, By Harassment
- Defamation, pt assumptions from privacy masterbation.
- Fox News - Gretchen - Fox & Friends - 2012 - "Obama has a limp dick"   Harassing/
                                                                          childbirthing
Attorney - Joe Baum - Daughter/    Numerous others              10:59 AM BREN-Robot
- Ryan & Cory Moore - ~~other~~ Events of masterbation Assumptions of out of ~~meetly~~ larger than
- Psychological - Abuse - Deep actions of Assumptions, Sexual Degrading in these events
  Then another severe - Mother post what I look at attacks and Extreme defamation to
  a foreign country. "/ producing illnesses in Parents - Recent father bleeding event, Continued sleep
  attacks to all 3 of us. South Korea -
- Attorney Rebbica anderson - making a deep stare at my penis in front of deputies, resulted
  in 24xx trauma of what I look at Plate Campaigns.
* (11:04 AM Renal Sex Attack) - Sick hopes for thought Sexual - Distribution of masterbation recently
- Attempt to/plan to use mind controlled prostitution events to defame, degrade)
  Character - Also party early psychological torture POST &M Greene Breakup. "Multiple" Messaging
  to psycho analyse us How ".

2/28/16 - Assumptive Stalking/Reasoning by where I drive →
- Created a hidden secretive sexual pay to play game; one incident of one female intercepting
  at the Tyler Public Library and side statement of; "She paid for it", money to have sex with me.
  As well (10:39pm-B Armstrong) as multiple others in prior years.
- Stalking to make Tyler and Rome making sexual noises at me in the presence of multiple
  others.
- Years of constant PSA's - Penis Sexual Assaults Day/Night, to anywhere I go, with constant
  Renal Sexual Assaults Day/Night - Home mostly to anywhere I go. (10:46pm-B signaled).

2/27/16    Sexual Assumption - Vilianization

I • 2008-2012 - Watching me watch porn $ with Hate Crimes Acts - with False
Claims to others, to incite and induce ~~the~~ Extreme Villianization.

2012 - Present Aggravated Sexual Abuse with NTT equipment.

- False claims of extreme of Defamation with mother / - Post cat watching @ Dinner. Extreme to South Korea (11:03 AM Ed. cr 11/2/16)

- Regarding assumption of what I look at to get false imprisonment

- 230 Boon War to Mother > intent to break knowledge passing and conversation
with Tae of their acts of Torture'ing me for years.

IA - Subject - Assumption of Teen Category of underaged went of of sex - Led to child Porn News Articles
as threats, debates of Appearance, to all the same time micro targeting theft of cash $ gas (FT funding)

IB - Memory short term damages to the sexual False allegations, the implications of Short term memory
damages, "Can't you count?," - To other deep emotional damages of others. IC Joe Bean $ Daughter.
Attempt of Cory $ Ryan Moore, $ numerous others acts of when I need someone what I think about
at masterbate to. 2010-2014.

IC - Sexual Degrading, micro targeting where I went and off of a simple Hello or smile Extreme Risk to House

ID - Post the changes of nature due to self conviction to all the abuses, and attempted change $
turn arounds, to 16 years of self isolation, to mainly - forcing relationships $ sex.
"Summary sentence - Masterbation assumptions to what I watch $ the villianizations of led to destroying
even more bridges by forcing attempts of sex with girls to even marriage wants." (11:21 AM - East Time s
By appearance $ me contact. (meanwhilst) Stereotypes, (14:07 AM) because of my youthful appearance, as well as presumptions of wealth.
stereotype - Asing I'm smart -

IA-1 - Headed by ETMC Employees on various acts of privacy defamation on masterbation porn viewing,
all of which was forced due to the nature of privacy monitoring then online, harassments early in.

Charles W. Pak v ETMC et al
CS# 6 : 16 cv 14

2/29/16

— Failure to report felonies in regards to Santos Chiro by Torrey Weaver, not isolated to just her or the arresting officer. In the cell conversation that morning prior to the expected Probation appt. 9/22/11, that led to added coccyx damage,

— Where others side remarks during video hearing of final adjudication went without regard to overall circumstance of abuse & neglegence of law. No evidence of marijuana use, no given date correct by forcive questioning by Torrey Weaver. Creating a false government record, and ~~48 days confinement~~ in County ~~Jail~~ (Low Risk) (Religious) with Harassment's there.

— False arrest to begin with ( Entrapment ) On the night of the arrest of possesion of marajuana; The officiers surprised me by directly asking to check my cigarette pack, and not my pockets, (Only patted then after finding the (2) pieces) then checking the pickup. In which the attendant at the gas station had called police since he refused to return the bill for my want of giving me the fake bill by the one guy on ~~Hwy St~~ OLD Kilgore Hiway after helping with giving some gas when I had run out. He asked for change in the dark for his $100. Then I stated I left my wallet at home but could go get him change for helping me with the gas.

ETMC et al

Charles W. Polk v The State of Texas, Smith County Sheriff's Dept

CS # 6:16 CV 14

Conformed Complaint: Information on request of conformander Smith County Sheriff's Dept

- Privacy: Basic Rights + Organized Criminal Activities + NTT
- DHW, ADA - Minority: Asian: Racial Hate Crimes - Extreme Physical/Mental Abuse

Seeking damages for personal injuries, restraint & constant violation of Civil Rights,

and constant attacks from privacy.
- Motion 2010 - Entrapment by TYPD - Failure to apprehend counterfit $100 Bill, leading to
Attorney mal practice with trial of 2010 False Blame to ETO NY Building Fire, Leading
to 1 yr probation, Joplin, MO - Privacy communication attack w/o Probation officer and spinal
damage from arrest that lead to J.C. Jailer's Abuse & Fraud (yelling mislabeling, "He was trying
to start a fight with the 9/6.5th [false Bird responses]; 14mth) that lead for the spinal damage, extreme
stress conformed resulting in ETMC trip with 1st Not. of extreme HBP → On return,
did not answer suicide question fast enough leading to more spinal damages in a 4 day
isolation event with, yelling about seeking some pain relief from use of shower hot water, and
1st morphine side yelling advice to use/not for. Trans for 40 LOAD "risk, 1st Day involved" Religious
Harrasspends - In such cases inside amounting to towering pain medications and other
horrible traumatic events.
- Post release and actions out of privacy in contacting ACLU - SC Sheriff's office hire/laid
off employees.
- Following Bookcooking Tyler Morning Paper,
- Following out of privacy - Resignation by same P/o - w/unreported attempted Adultery by
removing wedding rings.
- Following continued revelations of 1st TV manipulation of Adweeks to cash thefts on
me & targeting before from 2008 2010. With sheriff's deputies and multiple other ETM, MFH
employees at those times, also embellished by spinal disabilities.
- Attorney Malpractice & Aaron Walker of accepting interruptions by neighbors, thefts of
information on service regarding experienced and invaded prevention of, 5th Abuse boy
coworkers & job discrimination.
- Extreme targeting at those times 2008 - current of Hate Crimes, preventions of suicide for
Civil Rights, Defamation Extreme to Foreign Countries, Physical/Mental Extreme Abusive Frames
and attempted murders. Placed into RE Modus + Family; Turned/Coerced into Accident May 04 -
Prevention of identification of multiple respondents; evidence tampering/hiding/destruction,
Police State entourage meant by P/o Trump's choice.
- Medical Interferring - Treating injuries/prolonging chronic Spinal pain against prescribed medications.
- Post arrest and inquiry by direct violence & causing permanent injury to Ribs/spine; arresting
Officer intercepts with wife at Hwy 155 Gas Station on to out of privacy discovery of penial damage.
- (Quo Am - Wil of pind attach
- RE DO, Humiliation Frustrations; Recall - ETC Officer TYPD - stating "not the birds", regarding 1st adding evidence to
Arrested Torments...
- ACLU - Phone manipulations by (1) Female (1) Male Local - re Impersonating Terri Burke [Houston [P: 42AM
and [Attack]     Im playing out response demands of Civil Rights Abuses - (9: 42AM  - Started)
- 2009 In human Body Experiment; Historwize skin leading to scars, deformation & Bodies improvisation on
TV stalking - State to State to TN - and back, interviewing medically to make sure I'm Sceptred Transdial (Sonar)
while using NTT gas to create spi. of spinal pain.
- Extreme Defamation - Dwisty, Mosquitors, MICR Hate Crimes Targeting

- Accelerating throat skin Sancer to extreme that attacks to sleep (8:35 AM Store Front Battle

Charles W. Peek V. ETMC et al
CCA# 6:16CV14
Animal - Insect Abuses

2/15/16

NTT - Equipment use <sub>on</sub> were :
8. 14 AM - Chicken Abuse - Recall - killing one in front of me as I opened
the entrance gate. (Can't due to entrant) - while parents where overseas. 8:19 AM 8 2:5 AM - whistled <sup>far</sup>
When returned got mom to agitate over the death of - (12) livestock · rabbits killed <sup>x-labs</sup> → <sup>1-Pos</sup> Forment
8:40 AM - Horse off 155 - 2:09 AM - ① Feet signal. ✗ Perp: Some responsible for multiple years abuse.
Mosquitos : to legs ; to scars ; to R<sup>c</sup> - contrary & TN - Defamation - To pp
Roaches - Vile - Food defamation on food prior to eating (Also Public statutes - Forums)
Rodents - Property -
Neighbors · Chicken / Dogs & Wild birds · defecating all over driveway, porch home, Hunteriston (LET) Minivan
Road - Deer, Armadillos, Possums, Squirrels, Fish, Skunks, ·
Direct by Smells
Weather - Extreme - 1st DC. Attempt • During & Post : Van I-20 truckstop State Trooper ; "Weird Weather"
indirect to female Mil in custom clothing - Regarding extreme ; ice caking I-20.
X-Hbs - 3 Funnel · Cloud drop @ Jules - My disappation of middle funnel.

Charles W. Pak V. ETMC
CS# 6:16cv14
Extreme Audible Abuses

Monday
2/15/16

Attachment
11 A

- 2 weeks starred by duplex · Post; display of kicking out / 1 Night Before · Son Mindus · Attempts Forced display
  (Extreme Attacks Wrt) to blame all on Gary + Using vehicle beside kitchen, stepping on gas · (extreme loud noise) with food eating
  Mechanical (Autos) (Pickups/Diesels) started with privacy of conversation with Ted ( + Vet-son suicide davis) (out of privacy of blessers)

- Began w/ having TED's · 1st Tanker on I55 - Lead to extreme similar abuses to present ongoing.
  Post Incident; Manipulation of news of train hitting, that Tanker driver.

- City use of County Wide Alarm System 2010 early in to induce of out private notes of mental attacks of 2 months spent mortared nearly to death in Camp Echo.

- Audible Attacks since 2011 of revving engines by my home to what of each room I walk to, mainly bathroom, to kitchen, back to my room; then anywhere I drive to. Stalking intercepting to continue such audible abuses, related to job in Iraq, Intent on inducing flashbacks to fear, disturbances, out of privacy in years of same patterns of micro stalking and Hate Crimes.

2/24/16   TV- Manipulations / Race Hate Acts Modernized

— 2/25/16  Anita- Today on ⑦ news, similar event of peering around the corner on TV while in kitchen as if watching me. Leaning her body to an angle as if she was watching me while giving her news report. Same as 2012 - Gretchen late at night on Fox News and Friends, positioning herself at an angle to say, "Obama has a limp dick." My forced limp maneuver to the suspected TV manipulation's sign like of the psychotic stalking, modernized, TV manipulations done so by local area neighbors on a maniac/sadist hate campaign of years and years (12:10AM- Deep distant Rev. by other long term abusers with their predatory audible death threat revs.)

— In 2014, Gary Swindle on the Food Local Media Channel performs a degrading (12:12 AM ⑥ arm signal) Racial Hate Act with 4 others with a later in the year attempted down play of the racial act by an 20yr Army psychologist at the Home of my Aunt & Uncle's in South Korea.

— Multiple manipulated, deceitful news articles mainly on ⑦ KLTV- News from years 2008 to present day along with psychotic mental abuse att attacks from sound and formatting controlling to related deceptions of making out attackers from prior events of injury attacks to assumptions with related suggestive or criticizing gender displacement abuses. With early 2008 to 2012 sexually related attacks. False and fraudulent assumptions intended for vilanization and defamation as well to embolden others in a mob style campaign.

Charles W. Pak v ETMC

CS# 6:16 CV 14

2/14/16    8:57pm -> Stomach Sting
           Time - Tampering

# Psychological Torture, Manipulations./Abuse

2007.
2002 - Present; Internet, [TV(Suddenlink)[(electronic)(Transpose)]], Internet, cell
                          (Gen. Registry) Neighbor
Public - Indirect/Direct Msgs + Statements. Public Billboards - Sublime Msgs

Capital One Bank, Community Bank, BHC,

2/28/16    — 2008 Use of city wide Alarm Systems - adjusting throughout the years, Started from private/attorney courts -> leading to 2010 - court Fires -

— Creating property damages to New construction added room to ceiling
   with rain events and opening cracks to roof, water damages to ceiling with mold.
   Then resealing cracks.
— Creating toxic materials all over home with mold and autos.

— Peeling clear coats off vehicles, Nissan Sentra, to damages to Chevy Z71

— Damaging warping floor wood.

— Black molding Aquarium.

— Resistance attacks and injuries; targeting gears in Nissan while
   driving, created attempted murder in resistance attacks to 2014
   Heavy Operating equipment on sewage line project with added
   spine injuries & circulation damages.

— Recent hack into new cell (903)941-3549 with 15 prior cells of previous years
   since 2008.

Select Language ▼

German | Spanish

# The Executive Summary:
# Neuropsychological and Electronic
## No-Touch Torture Report

--------------------------------------------------------------------------------

Based on "The Torture Memos" and the Senate Intelligence Committee's Declassified "Torture Report"

By Robert Duncan, A.B., S.M., M.B.A., Ph.D.

04/2015

Download: PDF, DOCX | Visit drrobertduncan.com.

Torture is a horrific topic and most minds will turn away from it because it can't be comprehended that humans can be motivated, or computer programs can be run to do this to other sentient beings. Just when we believed we were becoming more civilized as a culture, the technology for torture has advanced more than a hundred fold in recent decades.

This summary will get into 'the minds of the dishonorable monsters' of the psychology of torture. Those like Dick Cheney who helped authorize it under certain administrations and regimes of the U.S. government which have been proven to be criminal under U.S. law, treaties, and the International Criminal Court. There are many people involved in the conspiracy and cover-up including General Hayden.

The full report discloses the spectrum of techniques of interrogation and torture used by the U.S. and its allies. The United States government will officially deny the claims of this "no-touch torture report" but in time it will stand firm.

The technologies used are still classified as state secrets and will not be discussed in this summary. The torture methods have been leaked through thousands of American citizens who have survived the no-touch torture programs. The research and testimony has been accumulated since 2002 and merely used as examples but the names of the victims are withheld.

This report will not use skewed, misleading language such as "enhanced interrogation" to describe the torture techniques.

Why torture? The CIA claims it works. The assumption is that it works to gain actionable intelligence. Torture is often used for revenge, punishment, interrogation, and behavior modification. In other terms torture is used to remove the continuity of thought to confuse the target to reveal information, erase brain patterns such as values and beliefs, or to break down the human spirit to make them submit and obey their handlers.

The downside of torture is that the countries that do it lose "moral soft power" in world politics. Without due process, over 25% of those reported in the *Senate Torture Report* were declared innocent. Blowback is always a repercussion of torture. Torture often takes a long time to affect the target from months to years. Torture has shown to be unreliable except for getting false confessions and bad information but the U.S. and its allies are improving on their tactics and techniques.

The purpose of this report is to draw the parallels between physical torture techniques and no-touch torture methods used in secret by governments who possess the technologies that still go on today. This is a brief summary of offensive psychological and information warfare methods using traditional methods and modern cybernetic techniques while exploring *hyper-game theory* to walk the target to the desired path: leak intelligence, commit assassinations, or change beliefs.

## Numerated Torture Methods for

# Interrogation and Behavior Modification

## (A comparison between physical and no-touch torture tactics)

1. **Induction of Depressive/Manic states**
   The idea is to shake up the emotional states of the target because different information can be accessed at each state. Making the target feel despair and helplessness is the objective. This cycle of hope building and then breaking is done in many ways. The techniques between the physical methods and the no-touch technological methods are similar. Speech is very important during this process of emotional manipulation. Such examples are, "We have imprisoned you without due processes or hope of it. You are indefinitely detained." Hope building examples include, "Sorry. We have mistaken you for someone else. You will be compensated for false imprisonment and torture." The main difference between the cybernetic technology and physical is that emotional state clusters can be entrained into the target mind which speeds up the process. The communication is done differently but perceived as human speech. In the no-touch torture methods it is helpful if the target is labeled with mental illness that is being created for discrediting purposes so as not to draw human rights groups' attention.

2. **Memory Erasure**
   The military and CIA have been researching memory erasing drugs for half a century. The focus of this summary report is on interrogation. Memory erasure is an important technique during interrogation. It is used in combination with sleep deprivation. There are many drugs that have been developed for physical memory erasure. One such interrogation method requires acquiring information from the target while on these drugs and recording the subject. After a sleeping cycle, the interrogator claims that the target has confessed. Of course the target remembers nothing of their conversation. The interrogator will play samples of the subject's conversation back to them making the subject believe that the interrogator knows more than they do. Similar techniques are used in the wireless, no-touch torture and interrogation programs. The cybernetic methods of memory erasure have additional purposes. The memory erasure can be used on the cybernetic target to make the target believe people have broken in and moved their belongings. While physical black bag jobs do occur, it is a way to make the target more paranoid.

3. **Electricity and Shocks**
   Pain and fear of death are common tactics during interrogation. Shocking by electricity is a traditional method of torture and exposed in the CIA's secret prisons. Shocking the testicles and nipples are the most common due to their sensitivity. Interestingly, the thousand of interviews of no-touch torture involves "stings" and "shocks" to various parts of their bodies over long durations.

4. **Fear and Terror**
   There are many techniques to induce extreme fear in the target. In physical renditions dogs, power drills, guns, insects, mutilation, blow torches, water boarding, suffocation, mock burials, and mock executions are just a few the United States government have used. Remember that many targets of torture die from the physical effects. It is torture to death. Let us compare the no-touch torture methods used to inflict the same terror and mental anguish. In several of these techniques the target needs to hear their handler's voice. This report does not describe the technologies used to broadcast voices to the target at a distance. While the subject can be broadcast mental images to their mind using hypnosis and other suggestions as well as visual entrainments, the more invasive controls of the brain manipulation technologies can be used to entrained the brain's autonomic nervous systems such as not breathing causing the target to not be able to sleep from fear of suffocation equivalent to water boarding. The neural linguistic programming can add fears such as heart attack, stroke, and cancer threats. Even motor cortex mapping can cause twitches in any part of the body. One example used a swift neck movement with a voice transmission, "We are trying to break your neck." Directed energy effects such as Active Denial System can make the target feel that they are on fire indefinitely without the target dying from burns. Maximum pain and torture weapons have been evolving. Every drug effect can be artificially induced into the target mind including those of poisons.

5. **Imprisonment and Isolation**
   Isolation is commonly used as punishment in prisons. Many whistleblowers like Bradley Manning suffer this condition. In soft interrogation it is used to get the target to talk to their interrogator since humans have the need for companionship. In no-touch torture the target is driven from their friends and family using different techniques in order to isolate them so that the electronic mind control has more effect on their psyche. Like in Guantanamo, the target becomes isolated losing their job and medical care. Part of the method involves slander in their community. They end up on the most part in

poverty and paranoid about doctors and other people from false correlations that are purposefully induced into their lives. Isolation is also a form of sensory deprivation which will be discussed later. Days and weeks lose their meaning.

6. **Sexually Disturbing Tailored Pornography**

The *Summary of the Senate Torture Report* disclosed the disgusting revelations that in the secret torture prisons the targets were forced to perform homosexual acts on each other against their will and religion in order not to be beaten or killed. This is a common break down tactic of belief systems and the human will. In no-touch torture the techniques are more psychologically specialized for each target. Most common examples include homosexual targets that are forced with voices that are derogatory to their lifestyle and similar mental images. Almost all targets are forced to view child pornography in their minds. And vice versa is true, that heterosexual targets are forced to view homosexual sexual acts like in the secret U.S. torture prisons.

7. **Mutilation**

Also mentioned in the declassified report on torture was mutilation of the human. Cutting the naked target's penis and scrotum, pulling nails or teeth is common. In no-touch torture mutilation is done by trickery. Let us look at a couple examples. There have been several targets who believed that the microwave hearing effect and other voice induction methods were done by microchips implanted in their teeth or ears. They had all their teeth pulled because they believed it was a technology called bone conductance. Others have poked out their ear drums in the belief they had micro implants in their ears. There are many more examples of trickery used to make the targets mutilate themselves.

8. **Personal and Spiritual Defamation**

In physical torture the CIA and other groups use propaganda and defamation of character for those they oppose. For detainees they try to disenfranchise the target from their religion. They will defecate on their Bible or Koran for example. They might say, "Why is your God not saving you?" In no touch torture and behavior modification they might try to make an atheist believe in god. It is just a mechanism to alter belief systems for control and experimentation. Perhaps the target may wish to confess their secrets to a "voice of god weapon". Information warfare covers the gamut of electronic communication as well. The government training exercise uses language like "befriend", "infiltrate", "mask/mimic", "ruse", "set-up", "disrupt", "create cognitive stress", "use deception", "ruin business relationships", and "post negative information on appropriate forums" - in a malicious effort to target bloggers, activists, journalists, social event organizers and anyone else deemed to be a 'emerging leader' or voice in the public sphere.

9. **Psychological Intimidation**

This is a topic for a target at the beginning of the trials and programs. Physical break-ins are common even if the target has an alarm system. The NSA has used stalking of foreign officials in the past for economic gain. The FBI does black bag jobs to invade a home without a warrant. The point is to let the target know they are being watched and to increase their paranoia. The NSA easily hacks all computer systems and causes harm to the victim's intellectual property and their relationships from that endpoint. In the no touch torture false correlations between pain and a neighbor coming home can be induced.

10. **Rape**

Rape is a common practice in torture. It causes much psychological trauma. In the United States methods of rape in their military and CIA secret prisons it is often relabeled. It is commonly done by prods but "rectal rehydration" is the more common misnomer. Often they call it forced feeding through the rectum but it is meant to induce psychological scaring and trauma. Several have died from the technique due to rectal bleeding. In no-touch torture the psychological trauma of simulated rape takes on different forms. Using technique often called EEG-heterodyning the targets will receive molestation effects of their genitals. In men this can be the anus and genitals. Similarly women can be wirelessly raped by the analogous function of perception.

11. **Dietary Manipulation, Forced Weakness and Sickness**

The idea behind dietary manipulation is to weaken the target. This is easily done in a physical setting but in no-touch the hunger trigger needs to be suppressed. Sometimes a false correlation between eating food and sickness is induced to make the target believe they are being poisoned. However, poisoning is common in physical renditions too.

12. **Repetition**

Verbal breakdown is most important during interrogations and torture. Obviously speaking the language of the target is necessary. This is why there are interrogators in all languages. Repetition is an important neural linguistic programming

interrogation tactic to influence the target mind. During the breakdown process, threats to kill and to torture the target's family or friends are common. Repetitious questioning and breakdown phrases are automated in both the physical and no-touch versions of torture. An interesting technology that is used for no-touch torture is called *chatter bots*. *Chatter bots*, an artificial intelligence program, automate much of the repetition so that the interrogators don't drive themselves crazy during the neural linguistic torture and programming phases. Let us not forget the Chinese Water Torture, a single drop of water on the forehead of the detainee for months. Repetition is a form of torture.

### 13. Sensitization of Pain Impulses

While the reverse can be obtained, optimizing perceived pain and misery is the objective in torture. Each trauma adds to the overall misery throughout life. Optimization of pain has been studied by the military and intelligence agencies. In the past the CIA has used drugs such as LSD to enhance fear and terror in the subject. Other methods such as hypnosis can increase perceived pain and the power of suggestion such as telling the subject his pinky finger is going to be cut off before it is done. In no-touch torture the same psychological manipulations are exerted. Subliminal and overt suggested are often told to the subject before the directed energy or EEG heterodyning pain inductions in order to maximize their effectiveness.

### 14. Sensory Overload and Deprivation

Again, this technique of overloading or depriving the human of sensory stimulus is ubiquitous in torture around the world not just in U.S. secret prisons. Torture subjects in the United States have reported the use of repetitive bad music and noise campaigns. An unusual torture technique used in the U.S. secret prisons was of a use of a plastic suit filled with ice while they beat the target. Ultra bright lights for days on end in the prison and hot/cold temperature changes in the environment are frequent. In no-touch torture, the target's brain is forced to release dopamine which causes pupil dilatation. This acts as a sensory overload. For example the non-lethal microwave weapons research done by a professor in University of Nevada has shown this capability. Body metabolism can be altered with these weapons causing cold and hot flashes. Targets of no-touch torture often hear endless tinnitus.

### 15. Sexual Humiliation and Lack of Privacy

Often used in common prisons is a lack of privacy. It is both necessity for security and a form of sexual humiliation. Also in prison many people are raped. No-touch torture offers the same sexual humiliation and lack of privacy by using through wall radar, cameras, and EEG visual cloning to let the target know they are being watched. Degrading comments are often used on the no-touch torture subjects while they are naked or in the bathroom.

### 16. Maximum Sensory Pain Techniques

Basic torture involves brutalization, i.e. physical strikes, kicks in the groin, pepper spray or tear gas, etc. Anything that involves maximum pain is the objective. Amazingly, these same basic tortures can be done wirelessly into the human mind. All forms of sickness have been reported without any real illness behind the suffering. All suffering can be entrained into the minds of no-touch torture subjects.

### 17. Sleep Deprivation

This is the number one torture method along with the popularity in the press of water boarding. This is done in every country that uses torture. The United States is number one in torture since they are currently the world's only superpower. A repetitive sleep deprivation cycle is generally done 180 hrs/7.5 days at a time in the physical renditions, or in no-touch torture five days awake and two days of sleep. Sleep deprivation accomplishes the objective of memory loss during interrogation and induces hallucinations which help with the interrogation process. In behavior modification and programming it is necessary too.

### 18. Stress Positions

Keeping detainees handcuffed above their head and to walls so that they must stand for days is a common ploy in torture. These types of poses are called stress positions. They can be mimicked in no-touch torture. An example of one such trick requires the target to believe they can deflect radar energy using pots or pans and that it is directional. The target is being given an ample amount of pain until their hands and arms are spread apart holding the pans trying to block the signals. They must maintain that position in order to get any relief from the torture signals. However the stress position itself is physical torture. Often accompanying this technique are voices saying to the target, "You are doing it to yourself."

We will finish off this summary of U.S. and its allies' torture, interrogation, and behavior modification experimentation with

ideas of why they are done to the general public and falsely accused detainees. Anyone can be put into these programs. Justice and rule of law does not exist at the highest levels of government. Treaties are worthless because the #1 agreement in the rules of war, a ban against torture, is not obeyed. This creates a more brutal and barbaric society lead by example.

No-touch torture uses the same interrogation tactics as physical interrogations but with some new twists. Techniques such as "Jeff and Mutt" a.k.a. "Good Cop Bad Cop" are used. The bad cop tortures the target and the good cop tries to gain their trust. In mind control, trust games are commonly employed to manipulate the beliefs of the target. Creating hatred of groups through false correlations and deception is a common CIA method of trickery.

In the CIA programs, the target is put through these phases as written in the documentation, "Disorient and confuse the target. Use them for our purposes, and then dispose of them in any way possible." We can only surmise by our sample set of a thousand people what "dispose" means: prison, suicide, or perhaps a mental hospital. Coercing and torturing people to suicide is very common. Both tactics in physical or no-touch torture involves plausible deniability.

The no-touch interrogations are better than physical rendition techniques for exposing support networks. Traditional NSA tracking of email and phones calls are useful but if the targets are taken into a secret prison they can't contact their networks. In no-touch torture, the target will contact everyone who might help them. Then those relationships can be destroyed to isolate the target. All these techniques rely on the target having a fear of death and pain.

Deception is very important during interrogation. In physical interrogations the targets are often drugged. This creates the confusion necessary to pull off certain trickery. In terrorist interrogations, for example, the CIA uses fake newspapers to make the target believe whatever event they were suspected of plotting had already happened, obviously looking for a confession. Sometimes the government in charge of the torture is looking for a political gain through a false confession. None-the-less false flag operations are commonly used in both forms of torture and interrogation. The trick is to make the target believe another foreign country is doing it to them. In no-touch torture the trick is to make them believe someone related to them is behind their suffering.

Voice transformation and morphing is an interesting technology also used in both physical and wireless interrogations. It is a form of deception used against a target to trick them into believing that they are speaking to real people that they know. It has been used in war to trick generals. Obviously spoofing email and other identities on internet forums can be used in this manner too.

Finally, the topic of human experimentation for improving weapons, torture, interrogation, and social disruption methods will be breached. Most of the techniques mentioned above work most effectively if the target has no SERE training (Survival, Evasion, Resistance and Escape) or psychological understanding of the methods to influence the human mind. Unfortunately, every sample point in the world's society needs to be studied to improve the weapons systems. This is why many random people are put into the torture and mind control experiments. There are some devious uses of a secret army of remote controlled assassins in every country in the world. The samples must include different education, language, culture, and economic factors. Obviously, silencing dissidents, oppositions of political parties, and whistleblowers are included in the lists of applications. The most disturbing of the trends in torture is testing and improving it. No-touch torture is much more complex than physical torture. Testing design flaws and weaknesses of the signal intelligence is one reason why it is necessary to test on innocent targets. Often the subject will be taunted by the statement, "Try to stop us." This statement forces the torture subject to try to figure out shielding and jamming techniques to stop the wireless torture and helps the weapons designers to improve on the system.

However, the psychological and perceived physical pain is only half the story with no-touch torture. It also involves a set of scripts, mind games if you will, to walk the target to murder and/or suicide. This is called "Hyper Game Theory". It is used in war games to determine how to control your enemies and targets. Game Theory can be used on governments, individuals, or for determining propaganda to alter cultures. The experiments on the public provide a means to test the efficacy of these scripts and determine under what circumstances to use them.

One last comment on why "We must guard against the acquisition of unwarranted influence, whether sought or unsought, by the military industrial complex" as President Eisenhower warned. During these torture programs run by the United States and its allies, accurate "truth" data points need to be used to judge the efficiency of the interrogation methods. This is why there is a dispute between the CIA and Senate Intelligence Committee reports about the usefulness of torture. Subterfuge by the CIA hacking into the senate oversight committee's computers is a big deal; a rogue agency has been formed. Data fusion centers, Homeland Security Data Fusion Centers, NSA, and FBI collect data on Americans. This data in turn is used during torture and interrogation of Americans in no-touch torture.